■ JOE SCAMPOLI et al., Appellants, v. CITY OF MOUNT VERNON et al., Respondents.— In a negligence action to recover damages for personal injury, loss of services and medical expenses, plaintiffs appeal, as limited by their brief, from so much of a judgment of the Supreme Court, Westchester County, entered August 1, 1963 after a nonjury trial, upon the court's opinion-decision, as dismissed the complaint against the defendant Board of Education of the City of Mount Vernon and the defendant Edward Logie. Judgment, insofar as appealed from, affirmed, without costs. In our opinion, the trial court's determination of the factual issues was not against the weight of the evidence (cf. *Maltz* v. *Board of Educ.*, 32 Misc 2d 492, affd. 282 App. Div. 888). We are also of the opinion that, on the record presented, any error in excluding evidence of custom did not prejudice defendants' substantial rights and may be disregarded (CPLR 2002). Beldock, P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.

■ BETTY SCHAPIRA, as Administratrix of the Estate of GERALD SCHAPIRA, Deceased, Respondent, v. BETH ISRAEL HOSPITAL, Defendant, and LAZARUS A. ORKIN et al., Appellants.— In an action to recover damages for wrongful death and personal injury, based on alleged medical malpractice, the individual defendants appeal from an order of the Supreme Court, Queens County, entered April 21, 1965, which granted plaintiff's motion for a special preference in trial (CPLR 3403). Order reversed, without costs, and motion denied, without prejudice to renewal on proper papers alleging facts showing that death is imminent or that plaintiff will not live until the time of trial or that plaintiff is otherwise entitled to a preference in trial pursuant to statute (CPLR 3403, subd. [a], par. 3). In our opinion, the present record fails to disclose factually that the plaintiff's physical condition is such as to entitle her to a special preference in trial under the rules governing such preference (*Dodumoff* v. *Lyons*, 4 A D 2d 626; *Kusnetz* v. *Neuman*, 3 A D 2d 743; cf. *Weinstein* v. *Levy*, 18 A D 2d 398; *O'Callaghan* v. *Brawley*, 276 App. Div. 908). Beldock, P. J., Ughetta, Hill, Rabin and Benjamin, JJ., concur.